## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ILYA SIVCHUK AND VIV ASSOCIATION, LLC, | : | No. 310 EAL 2022 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SOVEREIGN BANK D/B/A SANTANDER BANK, NEVADA FIRST FEDERAL, LLC AND FIRST COMMERCE, LLC, | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.